FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 4 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAUL ARMAS-SAINES,<br><br>    Defendant. | NO: MJ-10-4047-01<br><br>ORDER DISMISSING COMPLAINT |

Upon motion of the Plaintiff, United States of America, and good cause having been shown:

IT IS HEREBY ORDERED that Complaint as to Defendant Saul Armas-Saines is hereby dismissed.

DATED this 14 day of April 2010.

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE